| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 4/18/13 |
| AIRSTRIP TECHNOLOGIES, INC., AIRSTRIP :<br>OPERATIONS, LLC & AIRSTRIP IP<br>HOLDINGS, LLC,                                  : | 12 Civ. 7776 (JGK) (AJP) |
| Plaintiffs,      : | **ORDER OF DISMISSAL ON CONSENT** |
| -against-          : | |
| MVISUM, INC.,                           : | |
| Defendant.      : | |

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having reached a settlement agreement in principle during today's settlement conference, IT IS HEREBY ORDERED THAT this action is dismissed without prejudice and without costs, provided, however, that any party may reinstate the action within 21 days hereof if the settlement agreement is not finalized. Any pending motions are to be terminated as moot.

       SO ORDERED.

DATED:      New York, New York
               April 18, 2013

                                                        Andrew J. Peck
                                                        United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                               Judge Koeltl